IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,

   vs.                               Civil Action 2:08-CV-811
                                      Magistrate Judge King

THIRTY-SEVEN THOUSAND SEVEN
HUNDRED SIXTY AND 00/100 DOLLARS
($37,760.00) IN UNITED STATES
CURRENCY,

          Defendant.


OPINION AND ORDER

        This is a forfeiture action filed pursuant to 21 U.S.C. §881 in which the United States seeks to forfeit currency allegedly connected to drug trafficking.  A claim for the currency was originally filed by James Ross Wallace ["the claimant"].  After it appeared that the claimant had abandoned his claim, that claim was dismissed and the Clerk was directed to enter the claimant's default. *Order,* Doc. No. 31.  With the consent of the parties, 28 U.S.C. §636(c), this matter is now before the Court on the motion of the United States for default judgment and decree of forfeiture, Doc. No. 33 ["*Plaintiff's Motion*"].  There has been no response to that motion.

        The record in this action reflects a warrant of arrest *in rem*, Doc. No. 4, and notice of the seizure and arrest of the defendant currency was properly published.  *Service by Publication*, Doc. No. 11; *Declaration of Assistant United States Attorney, Michael J. Burns*, ¶4, attached to *Plaintiff's Motion*, Doc. No. 33.  Notice was provided to the claimant and his attorney, *Certificate of Service*, Doc. No. 5.  With the dismissal of the claimant's claim and the entry of his default, there is no claim to the currency.

Under these circumstances, the *Motion for Default Judgment and Decree of Forfeiture*, Doc. No. 33, is **GRANTED.**

The Clerk is **DIRECTED** to enter **DEFAULT** in this action.  The defendant currency is **ORDERED FORFEITED** to the United States.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.


March 16, 2010                          *s/Norah McCann King*
                                     Norah M<sup>c</sup>Cann King
                              United States Magistrate Judge